IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA B. PARATO,<br><br>Plaintiff,<br><br>vs.<br><br>MAESTRO HEALTH, MARPAI, INC., KIM HOWE, SVP of Human Resources, Legal and Compliance; and SHERYL SIMMONS, Chief Compliance Officer, CHRO;<br><br>Defendants. | 8:23CV58<br><br>**SHOW CAUSE ORDER** |

This action was filed on February 13, 2023. ([Filing No. 1](#).) To date, Plaintiff has not filed any return of service indicating that Defendants have been served with the Complaint, nor have Defendants entered a voluntary appearance.

Accordingly,

**IT IS ORDERED** that by or before June 30, 2023, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice. The Clerk of Court shall mail a copy of this Order to Plaintiff at her address of record.

Dated this 12th day of June, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge